IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: APPLICATION OF SADKORA ENERGY AB FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL. | U. S. DISTRICT COURT - DE<br>MISC. CASE # 08 - 85<br><br>Case No. _____ |

### ORDER

At Wilmington this 17th day of April, 2008, having considered the Application of Sadkora Energy AB for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 and the supporting Declaration, and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, IT IS HEREBY ORDERED that:

1. The Application of Sadkora Energy AB for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 is granted;

2. Sadkora Energy AB is authorized pursuant to 28 U.S.C. § 1782 to take discovery relating to the issues identified in its application from Uniwest Holding LLC/Antonina Tann LLC, All Risks RE Corp. and Harvard Business Services, Inc., including (1) issuing subpoenas to Uniwest Holding LLC/Antonina Tann LLC, All Risks RE Corp. and Harvard Business Services, Inc. in the form attached to the Application as Exhibits A, B and C and (2) issuing subpoenas to any other party with relevant knowledge or evidence, for the production of documents and the taking of depositions as Sadkora Energy AB may deem reasonably appropriate based upon review of documents produced and deposition testimony given by Uniwest Holding LLC/Antonina Tann LLC, All Risks RE Corp. and Harvard Business Services, Inc. and as are consistent with the Federal Rules of Civil Procedure;

3.     Uniwest Holding LLC/Antonina Tann LLC, All Risks RE Corp. and Harvard Business Services, Inc. are directed to comply with such subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court;

4.     Young Conaway Stargatt & Taylor, LLP and Baker & McKenzie LLP, may sign and serve such subpoenas on Uniwest Holding LLC/Antonina Tann LLC, All Risks RE Corp. and Harvard Business Services, Inc. pursuant to Fed. R. Civ. P. 45(a)(3) in this matter;

5.     Testimony may be taken before any certified court reporter authorized to take testimony and administer oaths and take testimony in this matter; and

6.     Sadkora Energy AB shall deliver copies of this order and any subpoena issued pursuant to this order to the parties to the civil proceedings pending in Sweden.

_____
UNITED STATES DISTRICT JUDGE