**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE: APPLICATION OF SADKORA ENERGY AB : C.A. NO.: 1:08-mc-00085-SLR
FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL :

*HARVARD BUSINESS SERVICES' OBJECTIONS TO THE SUBPOENA OF SADKORA ENERGY*

Harvard Business Services, Inc. ("HBS"), through counsel, hereby objects to the subpoena issued to HBS by Sadkora Energy AB ("Sadkora"):

1.  The definitions and instructions included in the subpoena purport to impose obligations and duties beyond those established by the civil rules and any appropriate statutes. HBS's responses are limited to those responses required by the federal rules or 28 U.S.C. § 1782, or both.

2.  HBS objects to Attachment 1 to the subpoena, which fails to describe the matters for examination with reasonable particularity as mandated by Rule 30(b)(6).

3.  Sadkora's failure to describe the matters for examination with reasonable particularity, as mandated by Rule 30(b)(6), imposes an undue burden on HBS in that the failure to particularize renders compliance with Rule 30(b)(6) unduly burdensome or impossible.

4.  The subpoena is unduly intrusive and burdensome.

5.  The subpoena subjects HBS to annoyance, undue burden, and undue expense.

6.  The Arbitration Institute of the Stockholm Chamber of Commerce does not qualify as a "foreign or international tribunal" under 28 U.S.C. § 1782(a).

SMITH, KATZENSTEIN & FURLOW LLP

 */s/ Robert K. Beste*
Robert K. Beste, III (No. 3931)
Post Office Box 410
Wilmington, Delaware 19899
(302) 652-8400
(302) 652-8405 (facsimile)
rkb@skfdelaware.com

April 25, 2008         *Attorneys for Harvard Business Services, Inc.*

00235\NTS\10042649.WPD